SEALED

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

LESTER PRYOR, et. al.

*Defendant*

)  Case: 1:13-cr-00318
)  Assigned To: Walton, Reggie B.
)  Assign. Date: 11/20/2013
)  Description: INDICTMENT (B)
)  Case Related To: 12-cr-00225 (RBW)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GEORGE BALL,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess With Intent to Distribute One Kilogram or More of Heroin and Five Kilograms or More of Cocaine); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of Heroin); 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done); FORFEITURE: 21 U.S.C. § 853(a), (p).

Date:  11/20/2013

*Issuing officer's signature*

City and state:  WASHINGTON, D.C.

ALAN KAY, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/21/13, and the person was arrested on *(date)* 12/12/13
at *(city and state)* Washington, DC

Date: 12/12/13

Nicole Harris #0093
*Arresting officer's signature*

Nicole Harris  DUSM
*Printed name and title*