# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Case No. 13-318 (RBW)** |
| : | |
| **PATRICK AVENT,** : | |
| : | |
| : | |
| **Defendant.** : | |
| : | |

## JOINT MOTION TO CONTINUE THE DETENTION HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by an through his attorney, Mark Carroll, Esquire, respectfully request that the detention hearing in the above captioned case, now scheduled for December 27, 2013, be continued. As grounds for this request, the government asserts as follows:

1. The defendant has a detention hearing scheduled for December 27, 2013 at 1:30 p.m.

2. The undersigned Assistant United States Attorney and defense counsel have discussed this matter and agreed to request that the detention hearing be continued to January 10, 2014, at 1:30 p.m.

3. The parties need additional time to discuss a disposition in this case.

4. The parties are therefore jointly requesting that the detention hearing in this case be continued to, January 10, 2014, at 1:30 p.m.

WHEREFORE, the parties request that the hearing in this case be continued.

    Respectfully submitted,

    RONALD C. MACHEN JR.
    United States Attorney
    D.C. Bar No.: 447889


    _____/s/_____
    Anthony Scarpelli
    Assistant United States Attorneys
    D.C. Bar 474-711
    Room 4126
    555 4th Street, N.W., 4th Floor
    Washington, D.C.   20001
    (202) 252-7707
    Anothony.Scarpelli@usdoj.gov