DOING
THE MOST
GOOD

William Booth, *Founder*
Linda Bond, *General*
David Jeffrey, *Territorial Commander*
Lt. Colonel Mark Bell, *ARC Commander*
Major Michael Vincent, *Administrator*

January 6, 2014

To whom it may concern:

Mr. Tyrone Payton has been accepted into the Northern Virginia Salvation Army Adult Rehabilitation Center. Proper identification is required (social security card and state identification) at time of entrance.

This is a long-term residential rehabilitation program. The residential framework challenges the men to explore a number of avenues that are designed to address the spiritual, mental and physical aspects of their recovery. The program includes a daily work therapy assignment, classroom instruction, counseling and classes which include Life Skills, Relapse Prevention, Reconstructing Families, Addictive Thinking, Men of Faith, Potholes of Life, Freedom in Christ and Transitional Planning.

Each resident is responsible and held accountable for their individual actions. During the first thirty days the client will be in a restrictive phase where there is no communication or travel outside the center. Our facility conducts daily random urinalysis to ensure the participants in the program are working to remain drug and alcohol free.

If you need additional information, please call me at (703) 642-9270 extension 212.

Sincerely,

*Ken Robinson*

Ken Robinson
Intake Coordinator