**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NOV 10 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 13-318 (RBW) |
| | : | |
| LESTER PRYOR, | : | |
| PATRICK AVENT, | : | |
| ANTHONY MCDUFFIE, | : | |
| TYRONE PAYTON, | : | |
| KEVIN WHITMAN, | : | |
| GEORGE BALL, | : | |
| AUBREY BENNETT, | : | |
| BRANDON BEALE, | : | |
| LLOYD LOMAX, and | : | |
| TAMINA PRYOR, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the Government's Motion to Dismiss Indictment, without prejudice, it is:

ORDERED that the motion is GRANTED as to all listed defendants, this _7th_ day of _November_ 2014.

_____
REGGIE B. WALTON
United States District Court Judge
For the District of Columbia